IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Loo Tze Ming,<br><br>    Plaintiff,<br><br>vs.<br><br>Fitness Anywhere LLC,<br><br>    Defendant. | No. CV-22-02042-PHX-SPL<br><br>**ORDER** |

  Plaintiff filed a Complaint in this matter on November 30, 2022 (Doc. 1). Proof of service was filed on December 22, 2022 (Doc. 8), declaring that service on Defendant was waived on December 5, 2023. Since that time, no answer has been filed and Plaintiff has taken no action in this matter.[1] Accordingly,

  **IT IS ORDERED** that Plaintiff must show cause in writing why this action should not be dismissed in its entirety for failure to prosecute no later than **March 6, 2023**, unless a responsive pleading pursuant to Rule 12 of the Federal Rules of Civil Procedure or an application for entry of default pursuant to Rule 55(a) is filed within such time.

  Dated this 28th day of February, 2023.

                Honorable Steven P. Logan
                United States District Judge

---

[1] The Court notes that a third party emailed the Court and Plaintiff's counsel indicating that Defendant had filed for bankruptcy. No notice of bankruptcy has been filed on the Court's docket.