# EXHIBIT A

**Subject:** RE: CV-22-02042-PHX-SPL : Notice of Bankruptcy / Chapter 11
**Date:** Thu, 9 Feb 2023 23:43:26 +0000
**From:** AZDdb_Logan Chambers <logan_chambers@azd.uscourts.gov>
**To:** Alain Villeneuve <avilleneuve@trxtraining.com>, AZDdb_Logan Chambers <logan_chambers@azd.uscourts.gov>, Munro, John E. <JEMunro@duanemorris.com>, Jeffrey Johnson <jjohnson@iplawusa.com>, John Berryhill, Ph.d., Esq. <john@johnberryhill.com>

Good afternoon, Mr. Villeneuve:

Thank you for notifying us of the Chapter 11 bankruptcy, but the Court cannot take any action unless the notice is filed on the docket. Unfortunately, I am also unable to advise you on the best way to proceed.

Sorry I could not be of more help. And please let me know if you have any additional questions.

Anya Stangl
Law Clerk to the Honorable Steven P. Logan
United States District Court for the District of Arizona
(602) 322-7550

**From:** Alain Villeneuve <avilleneuve@trxtraining.com>
**Sent:** Friday, February 3, 2023 2:41 PM
**To:** AZDdb_Logan Chambers <logan_chambers@azd.uscourts.gov>; Munro, John E. <JEMunro@duanemorris.com>; Jeffrey Johnson <jjohnson@iplawusa.com>; John Berryhill, Ph.d., Esq. <john@johnberryhill.com>
**Subject:** Fwd: CV-22-02042-PHX-SPL : Notice of Bankruptcy / Chapter 11

**CAUTION - EXTERNAL:**

Dear Clerk of Judge Logan:

Fitness Anywhere LLC, the sole defendant in this case is under Chapter 11 bankruptcy. The General Counsel has signed the attached notice for the Court to consider.

I am the general counsel of JFXD TRX ACQ LLC, the purchaser of the Chapter 11 assets. I have been unable to find the optimal way to enter this notice Fitness Anywhere LLC as we are not a party in this litigation at this time. I have left a voicemail on the number provided in the December 2, 2022 order as best to proceed.

I have copied the Plaintiff's attorneys for convenience.

Sincerely,

Alain

**MAKE YOUR BODY
YOUR MACHINE**®

_____

**Alain Villeneuve** Senior Vice-President & General Counsel
Patent Att., IL, WA and UK Registered
**p.** 312-404-1569
trxtraining.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Loop Tze Ming, an individual from Malaysia.<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Fitness Anywhere LLC, a Delaware limited liability company<br><br>　　　　　　Defendant. | Case No. 2:22-cv-02042-SPL<br><br>**NOTICE OF CHAPTER 11 BANKRUPTCY OF DEFENDANT FITNESS ANYWHERE LLC**<br>**11 U.S.C. § 362**<br><br>Complaint Filed: Nov. 11, 2022<br>Complaint Served: Dec. 5, 2022 |

TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 8, 2022, a Chapter 11 Bankruptcy Case was filed by Defendant, Fitness Anywhere LLC, in the United States Bankruptcy Court for the Central District of California – Santa Ana and captioned as Case No. 8:22-bk-10949-SC.

By: _____
Michael Zuercher, General Counsel

1

NOTICE OF BANKRUPTCY　　　　　　　　　　　　　　　　　　　　　　CASE NO. 2:22-cv-02042

DM2\17279569.1