# EXHIBIT B

-------- Forwarded Message --------

**Subject:** Re: JFXD TRX ACQ LLC v. Ming (1:23-cv-00217)
**Date:** Fri, 17 Feb 2023 13:13:14 -0800
**From:** Alain Villeneuve <avilleneuve@trxtraining.com>
**To:** Jeff Johnson <jjohnson@iplawusa.com>
**CC:** John Berryhill, Ph.d., Esq. <john@johnberryhill.com>, Barnett, Scott D. <SBarnett@honigman.com>, Charles McAleer <cmcaleer@beankinney.com>

Jeff,

Well noted. Can you please enter into the record for the Court the Notice of Bankruptcy.

Thanks.