Sean Kealii Enos (#023634)
Jeffrey W. Johnson (#024435)
SCHMEISER, OLSEN & WATTS, LLP
18 E. University Drive, Suite 101
Mesa, Arizona 85201
Telephone: (480) 655-0073
Facsimile: (480) 655-9536
kenos@IPlawUSA.com
jjohnson@IPlawUSA.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Loo Tze Ming, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>Fitness Anywhere LLC, a Delaware LLC,<br><br>Defendant. | Case No. 2:22-cv-02042-SPL<br><br>**PLAINTIFF MOTION TO CONTINUE STAY** |

Plaintiff hereby submits this Motion to Continue Stay pursuant to this Court's order of March 8, 2023 (Dkt. No. 12), and states as follows:

**FACTS**

On March 8, 2023, this Court ordered that this action would be dismissed on June 5, 2023 unless "a motion to continue the stay is filed or the Court is advised that the bankruptcy stay has been lifted and counsel are ready to proceed with this case." (Dkt. No. 12) Counsel for Plaintiff has checked the status of the bankruptcy stay in the case that is the subject of the previously-filed Notice of Bankruptcy (United States

Bankruptcy Court for the Central District of California, Case No. 8:22-bk-10949-SC) (Dkt. No. 11).  According to the record in that case, the bankruptcy stay in that matter has <u>not</u> been lifted as of today, June 2, 2023.  Defendant has still not entered an appearance in this Action or otherwise plead responsively.

## ARGUMENT

In light of the fact that the bankruptcy stay has not yet been lifted in the California bankruptcy case, Plaintiff respectfully requests that the stay be extended for an additional 3 months.  Section 11 U.S. Code § 362 of the Bankruptcy Code imposes a broad automatic stay of a wide range of actions against a debtor in bankruptcy.  As noted previously in its response to this Court's earlier Order to Show Cause, Plaintiff requests, out of an abundance of caution as it relates to the California bankruptcy proceeding and a desire not to violate any stay that might be in place, that this Arizona case be stayed pending the lifting of any automatic stay in the Bankruptcy.  Whereupon, Plaintiff shall promptly proceed with its request for entry of default and motion for default judgment ordering transfer of the disputed domain name to the Plaintiff, along with other relief available under 15 USC 1114(2)(d)(iv)-(v).

DATED this 2nd day of June, 2023.

SCHMEISER, OLSEN & WATTS LLP

By:

*/s/Jeffrey W. Johnson*

Jeffrey W. Johnson
SCHMEISER, OLSEN & WATTS, LLP
18 E. University Drive, Suite 101
Mesa, Arizona 85201