IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Loo Tze Ming,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Fitness Anywhere LLC,<br><br>　　　　Defendant. | Case No. CV-22-02042-PHX-SPL<br><br>**[PROPOSED] ORDER ON PLAINTIFF LOO TZE MING'S MOTION TO CONTINUE STAY** |

　　　The Court, having reviewed Plaintiff's Motion To Continue Stay, and good cause appearing therefor;

　　　**IT IS HEREBY ORDERED** that this action is **STAYED** but shall be dismissed without further notice on December 6, 2023, unless, prior thereto, a motion to continue the stay is filed or the Court is advised that the bankruptcy stay has been lifted and counsel are ready to proceed with this case.