IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Loo Tze Ming,<br><br>    Plaintiff,<br><br>vs.<br><br>Fitness Anywhere LLC,<br><br>    Defendant. | No.  CV-22-02042-PHX-SPL<br><br>**ORDER** |

  On March 8, 2023, upon notification that Plaintiff filed for bankruptcy in the United States Bankruptcy Court for the Central District of California – Santa Ana, this Court stayed the proceedings (Doc. 12). Before the Court is Plaintiff's Motion to Continue Stay (Doc. 21). Good cause appearing,

  **IT IS ORDERED** that the Plaintiff's Motion to Continue Stay (Doc. 21) is **granted**.

  **IT IS FURTHER ORDERED** that this action is **stayed** but shall be dismissed without further notice on **March 6, 2024**, unless prior thereto, a motion to continue the stay is filed or the Court is advised that the bankruptcy stay has been lifted and the parties are ready to proceed with this case.

  Dated this 15th day of December, 2023.

                           Honorable Steven P. Logan
                           United States District Judge