Kenneth M. Motolenich-Salas (Bar No. 027499)
MotoSalas Law, PLLC
16210 North 63rd Street
Scottsdale, AZ 85254
Telephone:  202-257-3720
E-mail:   ken@motosalaslaw.com
*Attorney for Plaintiff Loo Tze Ming*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Loo Tze Ming,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Fitness Anywhere LLC,<br><br>　　　　　　Defendant. | No. CV-22-02042-PHX-SPL<br><br>**PLAINTIFF LOO TZE MING'S NOTICE OF SERVICE OF MOTION TO LIFT STAY (ECF 34) ON BANKRUPTCY TRUSTEE'S COUNSEL** |

　　　Plaintiff Loo Tze Ming ("**Plaintiff**") hereby provides notice that on May 5, 2025, the undersigned sent Plaintiff's Motion to Lift Stay (ECF 34) and all exhibits appended thereto (ECF 34-1 through 34-5) to the counsel for the bankruptcy trustee overseeing the Fitness Anywhere, LLC bankruptcy estate by sending a copy to said counsel's email address at jeffrey@shinbrotfirm.com. A copy of the email (without attachments) sent to Mr. Shinbrot is attached hereto as Exhibit A.

　　　RESPECTFULLY SUBMITTED this 5th day of May, 2025.

　　　　　　　　　　MotoSalas Law, PLLC:

　　　　　　　　　　By:*/s/Kenneth M. Motolenich-Salas*
　　　　　　　　　　Kenneth M. Motolenich-Salas (Bar No. 027499)
　　　　　　　　　　MotoSalas Law, PLLC
　　　　　　　　　　16210 North 63rd Street
　　　　　　　　　　Scottsdale, AZ 85254
　　　　　　　　　　Telephone:  202-257-3720
　　　　　　　　　　E-mail:   ken@motosalaslaw.com
　　　　　　　　　　*Attorney for Plaintiff Loo Tze Ming*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of May, 2025, I electronically transmitted the foregoing document and all exhibits thereto to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

By: */s/ Kenneth M. Motolenich-Salas*