# EXHIBIT A

# Kenneth Motolenich-Salas

| | |
|---|---|
| **From:** | Kenneth Motolenich-Salas |
| **Sent:** | Monday, May 5, 2025 3:15 PM |
| **To:** | jeffrey@shinbrotfirm.com |
| **Cc:** | Helen Santilli; Michael Marion |
| **Subject:** | FW: Activity in Case 2:22-cv-02042-SPL Ming v. Fitness Anywhere LLC Motion to Lift Stay |
| **Attachments:** | 34-5 ex d to mtn to lift stay.pdf; 34-4 ex c to mtn to lift stay.pdf; 34-3 ex b to mtn to lift stay.pdf; 34-2 ex a to mtn lift stay.pdf; 34-1 prop order on mtn lift stay.pdf; 34 mtn lift stay.pdf |

Dear Mr. Shinbrot,

Please find attached the subject document filed in the subject case.

Should any further distribution be required, please let me know and I will send this document to those identified.

Regards,





ken@motosalaslaw.com
https://www.motosalaslaw.com

**From:** azddb_responses@azd.uscourts.gov <azddb_responses@azd.uscourts.gov>
**Sent:** Monday, May 5, 2025 3:11 PM
**To:** azddb_nefs@azd.uscourts.gov
**Subject:** Activity in Case 2:22-cv-02042-SPL Ming v. Fitness Anywhere LLC Motion to Lift Stay

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

DISTRICT OF ARIZONA

## Notice of Electronic Filing

The following transaction was entered by Motolenich-Salas, Kenneth on 5/5/2025 at 3:10 PM MST and filed on 5/5/2025

| | |
|---|---|
| **Case Name:** | Ming v. Fitness Anywhere LLC |
| **Case Number:** | 2:22-cv-02042-SPL |
| **Filer:** | Loo Tze Ming |
| **Document Number:** | 34 |

**Docket Text:**
**MOTION to Lift Stay Related document: [33] Order on Motion to Stay, by Loo Tze Ming. (Attachments: # (1) Proposed Order, # (2) Exhibit A-Motion for Relief from Stay, # (3) Exhibit B-Trustee Response to Motion for Relief from Stay, # (4) Exhibit C-Transcript of March 12, 2025 Hearing before U.S. Bankruptcy Court for the Central District of California, # (5) Exhibit D-Order of U.S. Bankruptcy Court for the Central District of California)(Motolenich-Salas, Kenneth)**

**2:22-cv-02042-SPL Notice has been electronically mailed to:**

Kenneth Michael Motolenich-Salas     ken@motosalaslaw.com, kmotolen@yahoo.com

**2:22-cv-02042-SPL Notice will be sent by other means to those listed below if they are affected by this filing:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a

2

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=5/5/2025] [FileNumber=27396432-0
] [6abc4107124419b568982425e8bfb72cef02a238b1a040fc0e0408430ab815059c8
99d575b4a7a7166cb70e4b50864f257fdf2a12f6653ecca5e37d90f3b59a1]]
**Document description:**Proposed Order
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=5/5/2025] [FileNumber=27396432-1
] [5c2f837f9d05bec713ba3fd144dbf84a9fd0cc4af4685c8186b19a3e994ff4b1f04
802a1774804157e33ad67953cbb1c1ccc1b945660bd0f4203eed8a9c4dd55]]
**Document description:**Exhibit A-Motion for Relief from Stay
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=5/5/2025] [FileNumber=27396432-2
] [724347d101e0d109ae0dc1ae4a16d0b78ee3bebeaa846cd5e75b330d07c9902f9e0
95a926d07d03b69b8ea5b1cb467c8047ed6ce50e60ba704884493b42ebf56]]
**Document description:**Exhibit B-Trustee Response to Motion for Relief from Stay
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=5/5/2025] [FileNumber=27396432-3
] [4a37d3b0c5cb5eb0f92c57252a881f540843a2a03e91d4a077219de67e6c97d594a
ec849d7a6925c3dbe02a00509d432c355247ecb6f862d7b1ac8d6a8266fb7]]
**Document description:**Exhibit C-Transcript of March 12, 2025 Hearing before U.S. Bankruptcy Court for the Central District of California
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=5/5/2025] [FileNumber=27396432-4
] [21b4a80e8b90563145ae17ff050b807455a8e68488836fd72d4012d7d2aaa0ccc3d
171ab677b5a1ad13a67c893f4b402f0d2a45af493163bfe487a74133e83b2]]
**Document description:**Exhibit D-Order of U.S. Bankruptcy Court for the Central District of California
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=5/5/2025] [FileNumber=27396432-5
] [58a153182b06c93f606238e3deb36242efa4cbda08fa6e4cd3e6bcef46d87c4b4d9
b5881134effdf7d36a102e68af9fddb5c4eb95a55c27a4c99b85045457635]]