Kenneth M. Motolenich-Salas (Bar No. 027499)
MotoSalas Law, PLLC
16210 North 63rd Street
Scottsdale, AZ 85254
Telephone:  202-257-3720
E-mail:    ken@motosalaslaw.com
*Attorney for Plaintiff Loo Tze Ming*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Loo Tze Ming,<br><br>            Plaintiff,<br><br>   v.<br><br>Fitness Anywhere LLC,<br><br>            Defendant. | No. CV-22-02042-PHX-SPL<br><br>**PLAINTIFF LOO TZE MING'S NOTICE OF SERVICE OF COURT ORDER (ECF 37)** |

Plaintiff Loo Tze Ming ("**Plaintiff**") hereby provides notice that on May 29, 2025, the undersigned sent this Court's Order (ECF 37) to the counsel for the bankruptcy trustee overseeing the Fitness Anywhere, LLC bankruptcy estate by sending a copy to said counsel's email address at jeffrey@shinbrotfirm.com. A copy of the email (without attachments) sent to Mr. Shinbrot is attached hereto as **Exhibit A**.

RESPECTFULLY SUBMITTED this 29th day of May, 2025.

    MotoSalas Law, PLLC:

    By:*/s/Kenneth M. Motolenich-Salas*
    Kenneth M. Motolenich-Salas (Bar No. 027499)
    MotoSalas Law, PLLC
    16210 North 63rd Street
    Scottsdale, AZ 85254
    Telephone:  202-257-3720
    E-mail:    ken@motosalaslaw.com
    *Attorney for Plaintiff Loo Tze Ming*

|   |   |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on this 29th day of May, 2025, I electronically transmitted the |
| 3 | foregoing document and all exhibits thereto to the Clerk's Office using the CM/ECF System |
| 4 | for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record |
| 5 | in this matter. |
| 6 | By: */s/ Kenneth M. Motolenich-Salas* |