# EXHIBIT A

# Kenneth Motolenich-Salas

| | |
|---|---|
| **From:** | Kenneth Motolenich-Salas |
| **Sent:** | Friday, May 30, 2025 4:39 PM |
| **To:** | jeffrey@shinbrotfirm.com |
| **Cc:** | michael@bycermarion.com; Helen Santilli |
| **Subject:** | FW: Activity in Case 2:22-cv-02042-SPL Ming v. Fitness Anywhere LLC Order |
| **Attachments:** | 37 order.pdf |

Pursuant to the attached Order, please find a copy of said Order.

Regards,





ken@motosalaslaw.com
https://www.motosalaslaw.com

---

**From:** azddb_responses@azd.uscourts.gov <azddb_responses@azd.uscourts.gov>
**Sent:** Friday, May 30, 2025 3:03 PM
**To:** azddb_nefs@azd.uscourts.gov
**Subject:** Activity in Case 2:22-cv-02042-SPL Ming v. Fitness Anywhere LLC Order

1

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

**DISTRICT OF ARIZONA**

**Notice of Electronic Filing**

The following transaction was entered on 5/30/2025 at 3:02 PM MST and filed on 5/30/2025
**Case Name:**        Ming v. Fitness Anywhere LLC
**Case Number:**      2:22-cv-02042-SPL
**Filer:**
**Document Number:** 37

**Docket Text:**
**ORDER that the Motion to Lift Stay (Doc. [34]; see also Doc. [36]) is granted. IT IS FURTHER ORDERED that the stay is lifted. IT IS FURTHER ORDERED that Plaintiff shall serve a copy of this Order on Defendant and file proof of service with the Clerk of Court no later than June 4, 2025. IT IS FURTHER ORDERED that Defendants shall have twenty-one (21) days from service of this Order to file an answer to the Complaint or otherwise respond as provided by Rule 12 of the Federal Rules of Civil Procedure. Signed by Judge Steven P Logan on 5/29/2025. (KLG)**


**2:22-cv-02042-SPL Notice has been electronically mailed to:**

Kenneth Michael Motolenich-Salas     ken@motosalaslaw.com, kmotolen@yahoo.com

**2:22-cv-02042-SPL Notice will be sent by other means to those listed below if they are affected by this filing:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=5/30/2025] [FileNumber=27505181-0] [32aac3ca1d35b7302b099be4ab210efc1d9667dc95c55143fd17579634ff682169 f8f286b2df9225401df60affbf39c63592d929f8784daeb55d5c40811555d6]]